IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
NOV 14 2007
William B. Guthrie
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| MORNING STAR, A.T.U., An Oklahoma Corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. CIV-07-281-SPS<br>) |
| MIKE KNOX and CAROLE ANN KNOX, Jointly and Severally, | )<br>)<br>) |
| Defendants and Third Party Plaintiffs, | )<br>)<br>) |
| vs. | )<br>) |
| AETNA LIFE INSURANCE COMPANY of HARTFORD, CONNECTICUT, | )<br>)<br>) |
| Third Party Defendant. | ) |

## ORDER FOR DISMISSAL WITH PREJUDICE

The parties, Morning Star, A.T.U., Plaintiff, Mike Knox and Carole Ann Knox, Defendants/Third Party Plaintiffs, and Aetna Life Insurance Company of Hartford, Connecticut, Third Party Defendant, having filed herein their Stipulation for Dismissal With Prejudice, stipulating that a settlement has been reached with regard to all issues arising from the Petition of the Plaintiff, Morning Star, A.T.U. vs. Mike Knox and Carole Ann Knox, and the Third Party Petition of the Defendants and Third Party Plaintiffs, Mike Knox and Carole Ann Knox, vs. Aetna Life Insurance Company of Hartford, Connecticut, Third Party Defendant, and stating that this case can be dismissed with prejudice. The Court being fully advised in the premises, finds that the above captioned case is hereby dismissed with prejudice to future action by the parties.

IT IS SO ORDERED this 14th day of ~~October,~~ November, 2007.

_____
STEVEN P. SHREDER, MAGISTRATE JUDGE

Approved:

_____
Kenneth L. Delashaw, Jr., OBA # 2283
P. O. Box 328
Marietta, OK 73448
Telephone: 580-276-3136
Facsimile: 580-276-4948
*Attorney for Plaintiff*

_____
Jeffrey S. Landgraf, OBA #19507
LITTLE, LITTLE, LITTLE, WINDEL, COPPEDGE,
OLIVER, ROWE, LANDGRAF & GALLAGHER, PLLC
P. O. Box 618
Madill, OK 73446
Telephone: 580-795-3397
Facsimile: 580-795-5072
*Attorneys for Defendants/Third Party Plaintiffs*

_____
S. Brent Bahner, OBA # 414
FISCHL, CULP, MCMILLIN, CHAFFIN, BAHNER &
LONG, LLP
100 "E" Street S. W.
P. O. Box 1766
Ardmore, OK 73402
Telephone: 580-223-4321
Facsimile: 580-226-4795

and

John B. Shely, Texas State Bar # 18215300
Dimitri Zgourides, Texas State Bar # 00785309
ANDREWS KURTH, LLP
600 Travis Street, Suite 4200
Houston, TX 77002
*Attorneys for Third Party Defendant*

C:\Comp3 My Files\10000 Series File Numbers\10166-Aetna\Order-Dismissal.wpd